# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

---

**UNITED STATES OF AMERICA**

**VS.**                                                         **CASE NO: 6:14-cr-128-Orl-28GJK**

**LEONARD G. POTILLO, III**

**USM Number: 60859-018**

| JUDGE: | John Antoon II | COUNSEL FOR GOVERNMENT | Shawn Napier |
|---|---|---|---|
| DEPUTY CLERK: | Darleen Darley | COUNSEL FOR DEFENDANT: | John E. Bergendahl, Mark E. NeJame and James W. Smith, III |
| COURT REPORTER | Sandra Tremel | PRETRIAL/PROBATION | David Salce |
| DATE/TIME | January 8, 2016 10:15-11:15 and 11:30-11:50 a.m. Total Time: One hour and Twenty minutes | Interpreter | |

## MINUTES ON SENTENCING

**SENTENCE IMPOSED as to** Counts One and Two of the Superseding Information.

The Original Indictment and Superseding Indictment are dismissed on the motion of the United States.

**IMPRISONMENT**:

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 46 Months on each of Cts. 1 and 2, all such terms to run concurrently.

The Court recommends to the Bureau of Prisons that the defendant be screened for the intensive drug rehabilitation program and be incarcerated at a Federal Prison Camp within the State of Florida.

   The defendant is remanded to the custody of the United States Marshal.

**SUPERVISED RELEASE**:

Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years on each of Cts. 1 and 2, all such terms to run concurrently.

*Special conditions of supervised release:*

Mandatory drug testing requirements are waived.

The defendant shall participate in a substance abuse program (outpatient and/or inpatient).

The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without approval of the Probation Officer.

Defendant shall cooperate with the Internal Revenue Service regarding all outstanding taxes, interest and penalties relating to the offense of conviction.  You shall provide the Internal Revenue Service with lawful tax returns for the years 2009 through 2012 and pay all outstanding taxes, interest and penalties relating to the offence of conviction.

Defendant shall cooperate in the collection of DNA.

**FORFEITURE** pursuant to the Forfeiture Money Judgment and Preliminary Order of Forfeiture for substitute assets.

**SPECIAL ASSESSMENT** of $200.00 is due immediately.

**FINE:** Waived

**RESTITUTION** is Deferred - the Court has set a hearing on March 4, 2016.

**ORE TENUS MOTION** by defendant for release and to self-surrender to the Bureau of Prisons once designated – Court **DENIES** motion.

Defendant advised of right to appeal.